IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| MICHAEL JILES, DENNIS BREWER, CHRISTOPHER JACKSON, ELBERT ANTHONY MILLER, RANDALL BROWN, and PATRICIA ANN HALL | PLAINTIFFS |
| v.   No. 3:03CV00311 JLH | |
| ARBURT ROBINSON, Individually and In His Official Capacity as Chief of the West Memphis Fire Department; CITY OF WEST MEMPHIS, ARKANSAS FIRE DEPT.; WILLIAM JOHNSON, Individually and in His Official Capacity as MAYOR of the CITY OF WEST MEMPHIS, Arkansas | DEFENDANTS |

**ORDER**

Defendants' motion to consolidate *Westbrook v. City of West Memphis*, No. 3:05CV00093 SWW, with this case is DENIED. The Court previously consolidated three other cases with the captioned matter because those cases involve the same issues of alleged racial discrimination arising out of the same occurrences. Case No. 3:05CV00093 involves allegations of sex discrimination rather than race discrimination and apparently is based on different occurrences. In view of the fact that the present case, now consolidated with three others, involves several plaintiffs, all of whom allege racial discrimination and all of whom rely on the same set of occurrences, it would unduly complicate this litigation to consolidate that case with this one. Therefore, the motion to consolidate is DENIED.

IT IS SO ORDERED this ___19th___ day of July, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE