IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL JILES, DENNIS BREWER,
CHRISTOPHER JACKSON, ELBERT
ANTHONY MILLER, RANDALL BROWN,
AND PATRICIA ANN HALL                                          **PLAINTIFFS**

V.                              NO.  3:03CV311 JLH (LEAD)

ARBURT ROBINSON, CITY OF
WEST MEMPHIS, ARKANSAS
FIRE DEPT. and WILLIAM JOHNSON                          **DEFENDANTS**

*Consolidated with*

MICHAEL JILES AND PATRICIA HALL                          **PLAINTIFFS**

V.                              NO. 3:04CV00370 JLH

WILLIAM JOHNSON, and
CITY OF WEST MEMPHIS, ARKANSAS                          **DEFENDANTS**

*Consolidated with*

JEMAL-DAVID GREEN                                              **PLAINTIFF**

V.                              D. 3:05CV00380 JLH

CITY OF WEST MEMPHIS AND
WEST MEMPHIS FIRE DEPARTMENT                          **DEFENDANTS**

*Consolidated with*

JOYCE WESTBROOK, DANNY BARLOW,
RANDALL BROWN, ELBERT MILLER,
RANDY HUBBARD, DENNIS BREWER,
and KENNTH JOHNSON                                            **PLAINTIFFS**

V.                              NO. 3:04CV00381 JLH

CITY OF WEST MEMPHIS, ARKANSAS                          **DEFENDANT**

## AGREED PROTECTIVE ORDER

Plaintiffs have requested discovery of records containing sensitive personnel information. In order to permit Plaintiffs adequate access to the records necessary to completely present this case herein, and, at the same time to protect the personal privacy of Defendants and employees, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.     Defendant has agreed to produce a complete unexpurgated copy of their personnel files upon Kenneth Johnson, Joyce Westbrook, Danny Barlow, Randall Brown, Elbert Miller, Randy Hubbard and Dennis Brewer, pursuant to the Federal Rules of Civil Procedure (personal information such as addresses and social security numbers will be redacted);

2.     Said documents shall be considered confidential;

3.     All confidential records or other information provided hereunder shall be used for the purpose of this litigation and none of the confidential material may be used for any other purpose whatsoever. Moreover, neither Plaintiffs nor their counsel may utilize directly or indirectly the confidential records, documents, or other information made available pursuant to this Order in any other administrative complaint, proceeding, or civil action;

4.     All confidential records, documents, tapes, or other information provided hereunder shall be retained in the custody of the Plaintiff's counsel including their paralegal, secretarial staff, and/or other staff members, during the pendency of this litigation. Plaintiff's counsel may also provide copies of such confidential records, documents or other information to any expert witness[es] retained by the Plaintiff or

persons frequently employed by such expert[s] whose review of the material is necessary for the Plaintiff's prosecution in this litigation;

5.      If confidential documents or records are used during depositions, depositions shall be treated as confidential in accordance with this Order;

6.      Any document, information or deposition designated as confidential under this Order shall, when filed with the Court, be clearly marked "confidential" sealed, placed in separate, secure storage by the Clerk, and opened only by authorized Court personnel;

7.      Plaintiff, Plaintiff's counsel and their staff and the retained expert witness/witnesses shall not in any manner, directly or indirectly, transfer confidential records, documents or other information provided hereunder or copies thereof, or communicate, orally or in writing, any of the data contained in said material to any person;

8.      Plaintiffs' counsel, promptly upon completion of this litigation, or before if at such time they have no further use of the confidential information, whichever shall first occur, shall return to the Defendant all materials produced, and all copies and extracts of data from such materials;

9.      This Protective Order shall govern all pre-trial proceedings, but shall be subject to modification either before, during or after the trial on the merits, upon application of any of the parties to this lawsuit and for good cause shown;

10.     The provisions of this Order shall not affect the admissibility of evidence at trial or any preliminary evidentiary proceeding in open court, except as directed by separate Order of this Court and

11.     This Order is without prejudice to the rights of any party to make objections to the discovery as permitted by the Federal Rules of Civil Procedure, or by any statute or other authority.

3

IT IS SO ORDERED THIS _23rd_ DAY OF _September_, 2005.

_____
Honorable J. Leon Holmes

APPROVED:

J. DENHAM, ABN 87048
Attorney for Defendant
Post Office Box 38
North Little Rock, AR 72115
Telephone: (501) 374-3484
Facsimile: (501) 374-0541


Darrell J. O'Neal
Attorney at Law
2129 Winchester Road
Memphis, TN 38116
TELEPHONE: (901) 345-8009
Fax: (901) 345-8014


Robert A. Newcomb
Attorney at Law
P. O. Box 149
Little Rock, AR 72203
TELEPHONE: 372-5577
FACSIMILE: 372-6025


Javier M. Bailey
Attorney at Law
100 North Main Street, Suite 3002
Memphis, TN 38103
TELEPHONE: (901) 575-8702
Fax: (901) 575-8705

4