## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| MICHAEL JILES, *et al* | | PLAINTIFFS |
| v. | **No. 3:03CV00311 JLH (LEAD)** | |
| ARBURT ROBINSON, *et al* | | DEFENDANTS |

*Consolidated with*

| | | |
|---|---|---|
| MICHAEL JILES, *et al* | | PLAINTIFFS |
| v. | **No. 3:04CV00370 JLH** | |
| WILLIAM JOHNSON, *et al* | | DEFENDANTS |

*Consolidated with*

| | | |
|---|---|---|
| JEMAL-DAVID GREEN | | PLAINTIFF |
| v. | **No. 3:04CV00380 JLH** | |
| CITY OF WEST MEMPHIS, *et al* | | DEFENDANTS |

*Consolidated with*

| | | |
|---|---|---|
| JOYCE WESTBROOK, *et al* | | PLAINTIFFS |
| v. | **No. 3:04CV00381 JLH** | |
| CITY OF WEST MEMPHIS, ARKANSAS | | DEFENDANT |

### ORDER

The Amended Final Scheduling Order entered on May 27, 2005, set this matter for a pretrial conference to take place on Friday, January 27, 2006, at 10:00 a.m. in Little Rock, Arkansas. By Order entered on December 21, 2005, the Court referred this case to U.S. Magistrate Judge J. Thomas Ray for a settlement conference. After consulting with the parties, Judge Ray has scheduled the settlement conference for Tuesday, February 7, 2006, at 10:00 a.m. in Little Rock, Arkansas.

IT IS THEREFORE ORDERED that the pretrial conference previously set for Friday, January 27, 2006, is hereby rescheduled to begin at ***10:00 a.m. on WEDNESDAY, FEBRUARY 8, 2006***, in the Richard Sheppard Arnold United States Courthouse, Courtroom #370, Little Rock, Arkansas.

In the event a settlement is reached during the settlement conference, the parties are directed to notify the Courtroom Deputy, Cory Wilkins, at (501) 604-5384, so this matter may be removed from the calendar.

IT IS SO ORDERED this 23rd day of January, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE