IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| MICHAEL JILES, *et al.* | | PLAINTIFFS |
| v. | No. 3:03CV00311 JLH (Lead) | |
| ARBURT ROBINSON, *et al.* | | DEFENDANTS |
| *Consolidated with*<br>MICHAEL JILES and PATRICIA HALL | | PLAINTIFFS |
| v. | No. 3:04CV00370 JLH | |
| WILLIAM JOHNSON, *et al.* | | DEFENDANTS |
| *Consolidated with*<br>JEMAL-DAVID GREEN | | PLAINTIFF |
| v. | No. 3:04CV00380 JLH | |
| CITY OF WEST MEMPHIS, *et al.* | | DEFENDANTS |
| *Consolidated with*<br>JOYCE WESTBROOK, *et al.* | | PLAINTIFFS |
| v. | No. 3:04CV00381 JLH | |
| CITY OF WEST MEMPHIS, ARKANSAS | | DEFENDANT |

### ORDER

Plaintiffs filed a motion to disqualify David Peeples as counsel for the defendants because Mr. Peeples was identified as a defense witness. Document #135. Defendants have now withdrawn Mr. Peeples' name as a witness. Therefore, the motion to disqualify counsel is denied as moot.

IT IS SO ORDERED this 3rd day of May, 2006.

*/s/ J. Leon Holmes*
LEON HOLMES
UNITED STATES DISTRICT JUDGE