IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL JILES, DENNIS BREWER,
CHRISTOPHER JACKSON, ELBERT
ANTHONY MILLER, RANDALL BROWN,
AND PATRICIA ANN HALL
PLAINTIFFS**

V.                              NO.  3:03CV311 JLH (LEAD)

**ARBURT ROBINSON, CITY OF
WEST MEMPHIS, ARKANSAS
FIRE DEPT. and WILLIAM JOHNSON
DEFENDANTS**

*Consolidated with*

**MICHAEL JILES AND PATRICIA HALL
PLAINTIFFS**

V.                              NO. 3:04CV00370 JLH

**WILLIAM JOHNSON, and
CITY OF WEST MEMPHIS, ARKANSAS
DEFENDANTS**

*Consolidated with*

**JEMAL-DAVID GREEN
PLAINTIFF**

V.                              NO. 3:05CV00380 JLH

**CITY OF WEST MEMPHIS AND
WEST MEMPHIS FIRE DEPARTMENT
DEFENDANTS**

*Consolidated with*

**JOYCE WESTBROOK, DANNY BARLOW,
RANDALL BROWN, ELBERT MILLER,
RANDY HUBBARD, DENNIS BREWER,**

**and KENNTH JOHNSON**
**PLAINTIFFS**

**V.**                               **NO. 3:04CV00381 JLH**

**CITY OF WEST MEMPHIS, ARKANSAS**
**DEFENDANT**

## ORDER

Counsel for the parties has informed the Court that settlement has been reached in this case and that the parties are currently in the process of confirming the details of the settlement.  Due to the settlement, it is hereby ordered that this case be dismissed with prejudice; however, the Court will retain jurisdiction over the settlement agreement in this matter.  The Clerk of the Court is directed to terminate this case.

It is so ordered this 8th day of August, 2006.

_____
Honorable J. Leon Holmes
United States District Court